UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KAWAIISU TRIBE OF TEJON, by its Chairman, DAVID LAUGHING HORSE ROBINSON, as Representative of the Class of Kawaiisu Tribe of Tejon Persons and
DAVID LAUGHING HORSE ROBINSON,

    Plaintiffs,

v.

U.S. DEPARTMENT OF INTERIOR, KEN SALAZAR, in his official capacity as Secretary of the Interior, and
COUNTY OF KERN, CALIFORNIA

    Defendants.

Case No. 1:09 CV 01977 OWW SMS

STIPULATION AND ORDER RESCHEDULING HEARING ON ALL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' COMPLAINT

Federal Rules of Civil Procedure 12(b)(1), 12(b)(6)

Date: July 12, 2010
Time: 10:00 a.m.
Location: Courtroom 3, 7th Floor
Before: Honorable Oliver W. Wanger

**ORDER**

Upon consideration of the parties' Stipulation Rescheduling Hearing on All Defendants' Motions To Dismiss Plaintiffs' Complaint, and finding that good cause exists for rescheduling the hearing, it is hereby

**ORDERED** that the hearing on the County of Kern California's Motion to Dismiss Plaintiffs' Complaint, Tejon Mountain Village, LLC's Motion to Dismiss and/or Strike Plaintiffs' Complaint, and the Federal Defendants' Motion to Dismiss Plaintiffs' Complaint be continued until Monday, July 12, 2010 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: May 5, 2010.

                       /s/ OLIVER W. WANGER
                       United States District Court Judge