IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAWAIISU TRIBE OF TEJON and DAVID LAUGHING HORSE ROBINSON,** Chairman, Kawaiisu Tribe of Tejon,<br><br>Plaintiff,<br><br>v.<br><br>**KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior, LARRY MYERS, in his official capacity as Executive Secretary of the California Native American Heritage Commission, COUNTY OF KERN, CALIFORNIA,**<br><br>Defendants,<br><br>**TEJON MOUNTAIN VILLAGE, LLC.,**<br><br>Real Party in Interest. | Case No. 1:09 CV 01977 OWW SMS<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** |

The Court having been fully considered Defendant Larry Myers' Ex Parte Application for Extension of Time to Respond to Plaintiffs' Amended Complaint, and with good cause being shown to the satisfaction of the Court,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Ex Parte Application is GRANTED
2.  The answer or other response of Defendant Myers to the Plaintiffs' Amended Complaint shall be filed no later than December 17, 2010.
3.  Counsel for defendants shall give notice.

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2   IT IS SO ORDERED.
3
4
5   Dated:  November 24, 2010                    /s/ OLIVER W. WANGER
                                                 United States District Judge
6
7
...
28

2