EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
ANGELA SIERRA, State Bar No. 126374
Supervising Deputy Attorney General
MICHAEL L. NEWMAN, State Bar No. 222993
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone: (213) 897-2642
 Fax: (213) 897-7605
 E-mail: Michael.Newman@doj.ca.gov
*Attorneys for Defendant Larry Myers*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAWAIISU TRIBE OF TEJON and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon,**<br><br>Plaintiff,<br><br>v.<br><br>**KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior, LARRY MYERS, in his official capacity as Executive Secretary of the California Native American Heritage Commission, COUNTY OF KERN, CALIFORNIA,**<br><br>Defendants,<br><br>**TEJON MOUNTAIN VILLAGE, LLC.,**<br><br>Real Party in Interest. | Case No. 1:2009 CV 01977 OWW SMS<br><br>**REQUEST FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS AND DOCUMENTS IN SUPPORT OF MOTION TO DISMISS**<br><br>**Federal Rule of Evidence 201**<br><br>Date: January 24, 2011<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: The Honorable Oliver W. Wanger<br>Trial Date: unassigned<br>Action Filed: November 10, 2009 |

Defendant Larry Myers respectfully requests that this Court take judicial notice of the following adjudicative facts and documents pursuant to Federal Rule of Evidence 201, for the purpose of adjudicating Defendant Myers' challenge to the Court's subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1):

1

1.  The Native American Heritage Commission ("the Commission") maintains a database of sacred sites, called the "Sacred Lands File." This database includes sites in California on which Native American historical, sacred, and cultural resources ("Cultural Resources") are known or believed to exist based on documentation submitted to the Commission or reports regarding archaeological discoveries. Affidavit of Larry Myers ("Myers Aff."), ¶ 1.

2.  Where, as in the instant case, a "lead agency," for the purpose of complying with the requirements of the California Environmental Quality Act ("CEQA"), inquires with the Commission regarding Cultural Resources on a particular project property, the Commission conducts a search of the "Sacred Lands File" to determine whether any Cultural Resources are identified as being within a proposed project's scope of impact. Myers Aff., ¶ 2.

3.  Where, as here, no Cultural Resources are identified within the Sacred Lands File as being impacted by a proposed project, the Commission provides the "lead agency," in this case, the County of Kern, a list of contacts who may have more specific knowledge regarding Native American cultural resources in the geographic area of the proposed project. This list is commonly-referred to as the "Native American Contacts list" for the particular project in question. Because different projects impact different aboriginal territories and aboriginal territories usually do not conform to current political boundaries, such as county lines, a unique list is generated for each project submitted to the Commission. Myers Aff., ¶ 3.

4.  In early 2009, Mr. Robinson was removed from the database of contacts from which Native American Contacts lists are generated after the County of Kern notified the Commission that it was unable to contact the Plaintiffs at their address on file, and after the Commission tried and failed to contact Plaintiffs at the address they provided to the Commission. Attached hereto as "Exhibit A" is a true

|   |   |   |
|---|---|---|
| 1 |    | and correct unsigned reprint of a letter, dated August 25, 2010, from Larry Myers |
| 2 |    | on behalf of the Commission to counsel for Mr. Robinson, which details this |
| 3 |    | information.  Myers Aff., ¶ 4, "Exhibit A". |
| 4 | 5. | On August 1, 2009, David Laughinghorse Robinson was reinstated onto the |
| 5 |    | database of contacts from which the Native American Contacts lists are generated, |
| 6 |    | after the Commission became aware of the Plaintiffs' accurate contact information. |
| 7 |    | Attached hereto as "Exhibit B" is a true and correct unsigned reprint of a letter, |
| 8 |    | dated September 27, 2010, from Larry Myers on behalf of the Commission to |
| 9 |    | counsel for Mr. Robinson, detailing this information. Myers Aff., ¶ 5, "Exhibit B". |
| 10 | 6. | The Commission provided an updated Native American Contacts list pertinent to |
| 11 |    | the project, which included the Plaintiffs, to the County on February 1, 2010 |
| 12 |    | Attached hereto as "Exhibit C" is a true and correct copy of the correspondence |
| 13 |    | from the Commission to the County of Kern with the updated Native American |
| 14 |    | Contacts list.   Myers Aff., ¶ 6, "Exhibit C". |
| 15 | 7. | Larry Myers retired from his position as the Executive Secretary of the |
| 16 |    | Commission on December 1, 2009, and has served as a manager for the |
| 17 |    | Commission since that date.  The Governor of the State of California has not |
| 18 |    | appointed a new or interim Executive Secretary, and the position is currently |
| 19 |    | vacant.  Myers Aff., ¶ 7, "Exhibit D". |

Because Defendant Myers' Motion asserts, in part, a factual challenge to the Court's subject matter jurisdiction, the Court has the discretion to look to materials outside of the Plaintiffs' Amended Complaint, including affidavits or other evidence that would properly be the subject of judicial notice by the Court. *St. Clair v. City of Chico*, 880 F.2d 199, 201 (9th Cir. 1989). "A judicially noticed fact must be one not subject to reasonable dispute in that it is . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Ev. 201(b).   "A court shall take judicial notice if requested by a party and supplied with the necessary information." Fed. R. Ev. 201(d).

1  Each document attached to this Request has been generated and maintained in the normal
2  course of business by the Native American Heritage Commission or its staff, and every fact or
3  document above has been verified through the concurrently-filed Affidavit of Larry Myers.
4  Therefore, Defendant Myers respectfully requests that this Court take judicial notice of the above
5  facts and attached documents.

Dated:  December 17, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
ANGELA SIERRA
Supervising Deputy Attorney General


_____/s/_____
MICHAEL L. NEWMAN
Deputy Attorney General
*Attorneys for Defendant Larry Myers*

LA2010600672
60587833.doc

4

Exhibit "A"

STATE OF CALIFORNIA                                           Arnold Schwarzenegger, *Governor*

**NATIVE AMERICAN HERITAGE COMMISSION**
915 CAPITOL MALL, ROOM 364
SACRAMENTO, CA 95814
(916) 653-6251
Fax (916) 657-5390
Web Site www.nahc.ca.gov
e-mail: ds_nahc@pacbell.net



August 25, 2010

Mr. David Laughinghorse Robinson
**Kawaiisu Tribe of Tejon Reservation**
P.O. Box 1547
Kernville, CA 93238

Dear Mr. Robinson:

The Native American Heritage Commission is contacting all persons on its Native American Contacts list and the Most Likely Descendant (MLD) lists in order to ensure that they have documentation to support their Native American ancestry. We do have you listed on both lists since years 2002 and 2000 respectively, but we need some clarification and documentation. We listed you with your current, Kernville, address on the Native American Contacts list since August of 2009. In the early months of 2009, you were temporarily removed from the contacts list since your Bakersfield mail and phone number were not valid. You were never removed from the Most Likely Descendant (MLD) list.

Regarding the Most likely Descendant (MLD) list, we need documentation and clarification from the U.S. Bureau of Indian Affairs (BIA) in the form of a Certificate of Degree of Indian Blood (CDIB) to indicate that the California Roll # for Clyde David Robinson, No. 53872, is your roll number under your name David Laughinghorse Robinson.

When you send us the BIA CDIB with an explanation, we will update your files at the NAHC accordingly. You will remain on the list for a period of 30 days; please submit your information and supporting documentation within that time period.

If you have any questions about this matter, please call Dave Singleton of my staff at (916) 653-6251.

Sincerely,


Larry Myers
NAHC Manager

Exhibit "B"

STATE OF CALIFORNIA                                         Arnold Schwarzenegger, *Governor*

**NATIVE AMERICAN HERITAGE COMMISSION**
915 CAPITOL MALL, ROOM 364
SACRAMENTO, CA 95814
(916) 653-6251
Fax (916) 657-5390
Web Site www.nahc.ca.gov
e-mail: ds_nahc@pacbell.net



September 27, 2010

Mr. Christopher K. King, Esquire
THE KING LAW FIRM
620 F Street, NE, Apartment #3
Washington, D.C. 200002

Re:  David Laughinghorse Robinson

Dear Mr. King:

   Thank you for your letter of September 27, 2010 clarifying that Clyde David Robinson and David Laughinghorse Robinson are one and the same person. Thank you also for a copy of the United States Department of the Interior 'Certification of Indian Degree of Blood' (CDIB) issued for Mr. Robinson March 25, 1979 with the Roll Number 53872.  Mr. Robinson was never removed from the Most Likely Descendant (MLD) list; however, we needed this clarification and documentation.  Mr. Robinson was restored to the Native American Contacts list for 'Tribal Consultation' purposes as of August 1, 2009.

   If you or Mr. Robinson have any questions about this matter, please call Dave Singleton of my staff at (916) 653-6251.

Sincerely,


Larry Myers
NAHC Manager

Exhibit "C"

STATE OF CALIFORNIA                                              Arnold Schwarzenegger, Governor

**NATIVE AMERICAN HERITAGE COMMISSION**
915 CAPITOL MALL, ROOM 364
SACRAMENTO, CA 95814
(916) 653-6251
Fax (916) 657-5390
Web Site www.nahc.ca.gov
e-mail: ds_nahc@pacbell.net



February 1, 2010

Ms. Lorelei H. Oviatt, AICP
COUNTY OF KERN PLANNING DEPARTMENT
2700 "M" Street, Suite 100
Bakersfield, CA 93301

RE: **NAHC Kern County Native American Contacts** list for Tejon Ranch Projects

Dear Lorelie:

    Here is the Native American Contacts list for Kern County projects and the Tejon Ranch Projects, in particular. We normally do not include the Chumash contacts unless the project sites are in western, southwestern or the Tejon Ranch and area to the west of the Ranch.

    If you have any questions about the list, pleast let me know.

Best regards,

Dave Singleton

Enclosures

Native American Contacts
Kern County
February 1, 2010

Santa Rosa Rancheria
Chairperson
P.O. Box 8
Lemoore, CA 93245
(559) 924-1278
(559) 924-3583 Fax

Tache
Tachi
Yokut

Tejon Indian Tribe
Kathy Morgan, Chairperson
2234 4th Street
Wasco, CA 93280
661-758-2303

Yowlumne
Kitanemuk

Tule River Indian Tribe
Chairperson
P.O. Box 589
Porterville, CA 93258
chairman@tulerivertribe-nsn.
(559) 781-4271
(559) 781-4610 FAX

Yokuts

Kawaiisu Tribe of Tejon Reservation
David Laughinghorse Robinson
PO Box 1547
Kernville, CA 93238
(661) 664-3098 - work
(661) 664-7747 - home
horse.robinson@gmail.com

Kawaiisu

Ron Wermuth
P.O. Box 168
Kernville, CA 93238
warmoose@earthlink.net
(760) 376-4240 - Home
(916) 717-1176 - Cell

Tubatulabal
Kawaiisu
Koso
Yokuts

Kern Valley Indian Council
Julie Turner, Secretary
P.O. Box 1010
Lake Isabella, CA 93240
(661) 366-0497
(661) 340-0032 - cell

Southern Paiute
Kawaiisu
Tubatulabal
Koso
Yokuts

Kitanemuk & Yowlumne Tejon Indians
Delia Dominguez
981 N. Virginia
Covina, CA 91722
(626) 339-6785

Yowlumne
Kitanemuk

Tejon Indian Tribe
Ernie Garcia
23437 Via Gayo
Valencia, CA 91355
661-254-4856

Yowlumne
Kitanemuk

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resources Code and Section 5097.98 of the Public Resources Code. Also, federal National Environmental Policy Act (NEPA), National Historic Preservation Act, Section 106, and federal NAGPRA.

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Tejon Ranch Projects; located in Kern County, California for which a Native American Contacts list were requested.

Native American Contacts
Kern County
February 1, 2010

Chumash Council of Bakersfield
Arianne Garcia, Chairperson
P.O. Box 902          Chumash
Bakersfield , CA 93302
chumashtribe@sbcglobal.net
(661) 836-0486
(661) 836-0487

Frank Arredondo
PO Box 161            Chumash
Santa Barbara Ca 93102
805-617-6884
ksen_sku_mu@yahoo.com

Kern Valley Indian Council
Robert Robinson, Historic Preservtion Officer
P.O. Box 401          Tubatulabal
Weldon , CA 93283     Kawaiisu
brobinson@mchsi.com   Koso
(760) 378-4575 (Home) Yokuts
(760) 549-2131 (Work)

Carol A. Pulido
165 Mountainview Street    Chumash
Oak View , CA 93022
805-649-2743 (Home)

Tubatulabals of Kern Valley
Donna Begay, Tribal Chairwoman
P.O. Box 226          Tubatulabal
Lake Isabella, CA 93240
(760) 379-4590
(760) 379-4592 FAX

This list is current only as of the date of this document.

Distribution of this list does not relieve any person of statutory responsibility as defined in Section 7050.5 of the Health and Safety Code, Section 5097.94 of the Public Resources Code and Section 5097.98 of the Public Resources Code. Also, federal National Environmental Policy Act (NEPA), National Historic Preservation Act, Section 106, and federal NAGPRA.

This list is only applicable for contacting local Native Americans with regard to cultural resources for the proposed Tejon Ranch Projects; located in Kern County, California for which a Native American Contacts list were requested.

Exhibit "D"

STATE OF CALIFORNIA                                                               Arnold Schwarzenegger, Governor

**NATIVE AMERICAN HERITAGE COMMISSION**
915 CAPITOL MALL, ROOM 364
SACRAMENTO, CA 95814
(916) 653-4082
Fax (916) 657-5390
Web Site www.nahc.ca.gov



November 4, 2009

Governor Arnold Schwarzenegger
State Capitol
Sacramento, CA 95814

Attention:   Karla Diringer, Senior Deputy Appointments Secretary
             Appointments Unit, Office of Governor Schwarzenegger

Please accept this letter of resignation for the position of Executive Secretary of the Native American Heritage Commission and the Executive Secretary for the California Repatriation Oversight Commission. The effective date is 12/1/09. I wish to thank the Governor and his Administration for the support provided to this office. As you know, the protection of cultural resources, sacred places and Native American human remains is and always has been of the greatest importance to California Indian people.

On many occasions this assignment was filled with a great deal of emotion and sometimes anger, I have enjoyed it because I understand the reasons for the emotions and the anger. I have been able to help people protect their ancestral remains and sacred places. In many instances, Indian people wanted to know that they were being listened to and not just provided "lip service".

If I can be of assistance in the future, please give me a call.

Sincerely,

Larry Myers
Executive Secretary