1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ANGELA SIERRA, State Bar No. 126374
   Supervising Deputy Attorney General
3  MICHAEL L. NEWMAN, State Bar No. 222993
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
5   Telephone: (213) 897-2642
    Fax:  (213) 897-7605
6   E-mail:  Michael.Newman@doj.ca.gov
   *Attorneys for Defendant Larry Myers*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAWAIISU TRIBE OF TEJON and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon,**<br><br>Plaintiff,<br><br>v.<br><br>**KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior, LARRY MYERS, in his official capacity as Executive Secretary of the California Native American Heritage Commission, COUNTY OF KERN, CALIFORNIA,**<br><br>Defendants,<br><br>**TEJON MOUNTAIN VILLAGE, LLC.,**<br><br>Real Party in Interest. | Case No. 1:2009 CV 01977 OWW SMS<br><br>**AFFIDAVIT OF LARRY MYERS IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**PURSUANT TO LOCAL RULE 230(h) AND 28 U.S.C. §1746.**<br><br>Date:  January 24, 2011<br>Time:  10:00 a.m.<br>Courtroom:  3<br>Judge  The Honorable Oliver W. Wanger<br>Trial Date:  unassigned<br>Action Filed:  November 10, 2009 |

    I, Larry Myers, do hereby affirm that I have personal knowledge of the following facts and I affirm the following facts as true under penalty of perjury:

    1.    The Native American Heritage Commission ("the Commission") maintains a database of sacred sites, called the "Sacred Lands File." This database includes sites in California

1

1   on which Native American historical, sacred, and cultural resources ("Cultural Resources") are
2   known or believed to exist based on documentation submitted to the Commission or reports
3   regarding archaeological discoveries.
4       2.    Where, as in the instant case, a "lead agency," for the purpose of complying with
5   the requirements of the California Environmental Quality Act ("CEQA"), inquires with the
6   Commission regarding Cultural Resources on a particular project property, the Commission
7   conducts a search of the "Sacred Lands File" to determine whether any Cultural Resources are
8   identified as being within a proposed project's scope of impact.
9       3.    Where, as here, no Cultural Resources are identified within the Sacred Lands File
10  as being impacted by a proposed project, the Commission provides the "lead agency," in this
11  case, the County of Kern, a list of contacts who may have more specific knowledge regarding
12  Native American cultural resources in the geographic area of the proposed project.  This list is
13  commonly-referred to as the "Native American Contacts list" for the particular project in
14  question.  Because different projects impact different aboriginal territories and aboriginal
15  territories usually do not conform to current political boundaries, such as county lines, a unique
16  list is generated for each project submitted to the Commission.
17      4.    In early 2009, Mr. Robinson was removed from the database of contacts from
18  which Native American Contacts lists are generated after the County of Kern notified the
19  Commission that it was unable to contact the Plaintiffs at their address on file, and after the
20  Commission tried and failed to contact Plaintiffs at the address they provided to the Commission.
21  I affirm that a true and correct unsigned reprint of a letter, dated August 25, 2010, from myself on
22  behalf of the Commission to counsel for Mr. Robinson, detailing this information is attached as
23  "Exhibit A" to the concurrently-filed Request for Judicial Notice.
24      5.    On August 1, 2009, Mr. Robinson was reinstated onto the database of contacts
25  from which the Native American Contacts lists are generated, after the Commission became
26  aware of the Plaintiffs' accurate contact information.  I affirm that a true and correct unsigned
27  reprint of a letter, dated September 27, 2010, from myself on behalf of the Commission to
28

1 counsel for Mr. Robinson, detailing this information is attached as "Exhibit B" to the
2 concurrently-filed Request for Judicial Notice.
3     6. The Commission provided an updated Native American Contacts list pertinent to
4 the project, which included the Plaintiffs, to the County on February 1, 2010. I affirm that a true
5 and correct copy of the correspondence from the Commission to the County of Kern with the
6 updated Native American Contacts list is attached as "Exhibit C" to the concurrently-filed
7 Request for Judicial Notice.
8     7. I retired from my position as the Executive Secretary of the Commission on
9 December 1, 2009, and have served as a manager for the Commission since that date. The
10 Governor of the State of California has not appointed a new or interim Executive Secretary, and
11 the position is currently vacant. I affirm that a true and correct copy of my retirement letter is
12 attached as "Exhibit D" to the concurrently-filed Request for Judicial Notice.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This affidavit was executed on 12/17/10, in Sacramento, California.

/s/ Larry Myers
Larry Myers
Affiant

LA2010600672
60587646.doc