**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon,<br><br>         Plaintiffs,<br><br>              v.<br><br>KEN SALAZAR, in his official capacity as Secretary of the United States Department of the Interior, *et al*.,<br><br>         Defendants. | 1:09-cv-01977 OWW SMS<br><br>CORRECTION RE DOC. 123: "ORDER RE DEFENDANTS' MOTIONS TO DISMISS (DOCS. 81, 83, 85, 100); AND PLAINTIFFS' REQUEST FOR LEAVE TO AMEND COMPLAINT (DOC. 100) AND FOR CERTIFICATION OF THE CEQA ADMINISTRATIVE RECORD (DOC. 105)" |

    The February 7, 2011 Order Re Defendants' Motions to Dismiss and Plaintiffs' Request for Leave to Amend Complaint and for Certification of the CEQA Administrative Record (Doc. 123) is corrected as follows:

    (1) The Caption at 1:7-8 is corrected to strike the word "ORDER" and replace it with the words "MEMORANDUM DECISION."

    (2) At 18:10 and 24:26 the word "ARPA" is stricken and replaced with the word "NHPA." Accordingly, the memorandum decision states in pertinent part at both locations: "...the NEPA and NHPA claims are GRANTED WITHOUT LEAVE TO AMEND AND WITH PREJUDICE."

SO ORDERED
Dated:   February 8, 2011

                                    /s/ Oliver W. Wanger
                                    Oliver W. Wanger
                                    United States District Judge