## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON, and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon | Case No.: 1:09 CV 01977 OWW SMS |
| Plaintiffs, vs. KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior, et. al. | ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT LARRY MEYERS |
| Defendants | |

Pursuant to F.R.C.P. 41, all Plaintiffs' claims against Defendant Larry Meyer are hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **May 13, 2011**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT LARRY MEYERS - 1
Case No.: 1:09 CV 01977 OWW SMS