Evan W. Granowitz (Cal. Bar No. 234031)
**WOLF GROUP L.A.**
11400 W Olympic Blvd Ste 200
Los Angeles, CA 90064
Telephone:  (310) 460-3528
Facsimile:  (310) 457-9087
Email: egranowitz@wolfgroupla.com


David R. Mugridge (Cal. Bar No. 123389)
**LAW OFFICES OF DAVID R. MUGRIDGE**
2100 Tulare St., Suite 505
Fresno, California 93721-2111
559-264-2688

Attorneys for Plaintiffs Kawaiisu Tribe of Tejon
and David Laughing Horse Robinson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON, and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon,<br><br>Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior; TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware company; COUNTY OF KERN, CALIFORNIA;  and DOES 1 through 100, inclusive,<br><br>Defendants,<br><br>TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware company,<br><br>Real Parties in Interest. | Case No.: 1:09-cv-01977 OWW SMS<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITIONS AND RELATED PAPERS TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:   n/a<br>Time:   n/a.<br>Court:   3, 7th Floor<br>Before: Hon. Oliver W. Wanger |

1  The Court, having reviewed Plaintiffs' Ex Parte Application for Extension of Time to
2  File Plaintiffs' Oppositions and Related Papers to Defendants' Motions to Dismiss the Second
3  Amended Complaint ("Application"), and for good cause shown:
4  The Application is **GRANTED**.  Plaintiffs shall have until the end of the day today, July
5  6, 2011, to file all remaining oppositions and related papers.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **July 6, 2011**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE