Farschad Farzan, Bar No. 215194
FFarzan@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Benjamin S. Sharp (*pro hac vice*)
BSharp@perkinscoie.com
Jennifer A. MacLean (*pro hac vice*)
JMacLean@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, DC 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

Attorneys for Defendants
TEJON MOUNTAIN VILLAGE, LLC,
TEJON RANCHCORP

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior; TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware company; and COUNTY OF KERN, CALIFORNIA,<br><br>　　　　　Defendants,<br><br>　　and<br><br>TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware Company,<br><br>　　　　　Real Parties in Interest. | Case No. 1:09 CV 01977 OWW SMS<br><br>**ORDER RE TEJON DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE REPLY PAPERS IN SUPPORT OF MOTION DISMISS (DOC 139) PLAINTIFFS' SECOND AMENDED COMPLAINT (DOC. 133)**<br><br>Hearing Date:　July 18, 2011<br>Time:　　　　10:00 a.m.<br>Before:　　　Hon. Oliver W. Wanger<br>Courtroom:　3, 7th Floor |

PDF created with pdfFactory trial version www.pdffactory.com

Upon consideration of the Tejon's Application for an Extension of Time to file Reply Papers in support of their Motion to Dismiss the Plaintiffs' Second Amended Complaint (DOC 139), and having found cause shown therein, IT IS HEREBY ORDERED that the Tejon's application for an extension of time until July 18, 2011 to file their reply papers in support of their Motion to Dismiss the Plaintiffs' Second Amended Complaint is GRANTED, for the reasons set forth in the Tejon's Application for an Extension.

IT IS SO ORDERED.

Date: July 6, 2011                                By: /s/ OLIVER W. WANGER_____
                                                  Honorable Oliver W. Wanger
                                                  Judge of the United States District Court
                                                  Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com