**THERESA A. GOLDNER, COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By:  Charles F. Collins, Deputy (SBN 104318)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:   (661) 868-3800
Facsimile:     (661) 868-3805

Attorneys for Defendant
COUNTY OF KERN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior; TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware company; and COUNTY OF KERN, CALIFORNIA,<br><br>　　　　　Defendants,<br><br>　　and<br><br>TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware Company,<br><br>　　　　　Real Parties in Interest. | Case No. 1:09 CV 01977 OWW SMS<br><br>**ORDER GRANTING DEFENDANT COUNTY OF KERN'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' COMPLAINT (DKT. No. 137) AND IN RESPONSE TO PLAINTIFFS' OBJECTIONS TO THE COUNTY OF KERN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION (DKT No. 138)**<br><br>Date:　　　August 29, 2011<br>Time:　　　10:00 a.m.<br>Courtroom:　3, 7th Floor<br>Before:　　Hon. Oliver W. Wanger |

　　　Upon consideration of the motion of defendant County of Kern for a one-week extension of time to file and serve a reply brief in support of its Motion To Dismiss

Plaintiffs' Second Amended Complaint (Dkt. No. 137) and in opposition to Plaintiffs' Objections (Dkt. No. 162) to the County's supporting Request for Judicial Notice (Dkt. No. 138), and having found good cause shown therein, IT IS HEREBY ORDERED that the County of Kern's motion and application for an extension of time to and including July 18, 2011 to file its reply papers in support of its Motion To Dismiss and associated Request for Judicial Notice is GRANTED, for the reasons set forth in the County of Kern's motion.

IT IS SO ORDERED.

Dated: __**July 8, 2011**__         _____**/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE