IGNACIA S. MORENO
Assistant Attorney General

BARBARA M.R. MARVIN
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0240
Fax: (202) 305-0267

Attorneys for Defendant, Ken Salazar,
Secretary of the United States Department of the Interior

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON, and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon, | Case No. 1:09 CV 01977 OWW SMS |
| | ORDER GRANTING DEFENDANT KEN SALAZAR'S MOTION OUT OF TIME TO ALLOW REPLY IN EXCESS OF PAGE LIMIT |
| Plaintiffs | |
| v. | |
| KEN SALAZAR, Secretary of the United States Department of Interior, TEJON RANCH CORPORATION, TEJON MOUNTAIN VILLAGE, LLC COUNTY OF KERN, CALIFORNIA, and DOES 1 through 100 | Date: August 29, 2011<br>Time: 10:00 a.m.<br>Location: Courtroom 3, 7th Floor<br>Before: Honorable Oliver W. Wanger |
| Defendants. | |

Upon consideration of Defendant Ken Salazar's Motion Out of Time to Allow Reply in Excess of Page Limit, and finding that good cause exists for the granting of the Motion, the Motion is hereby **GRANTED**; and it is hereby

[Proposed] Order Granting Mot. to Allow Reply in Excess of Page Limit
Case No. 1:09cv01977 OWW SMS

1   **ORDERED** that Defendant Salazar's Reply in support of his Motion to Dismiss
2   Plaintiffs' Second Amended Complaint filed on July 18, 2011 (Dkt. No. 175), is allowed and will
3   be considered by the Court in its review of, and ruling on the motion to dismiss.

5   IT IS SO ORDERED.

6   **Dated:   August 8, 2011**               /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE