1  Evan W. Granowitz (Cal. Bar No. 234031)
   **WOLF GROUP L.A.**
2  11400 W Olympic Blvd., Suite 200
   Los Angeles, California 90064
3  Telephone:  (310) 460-3528
   Facsimile:  (310) 457-9087
4  Email: egranowitz@wolfgroupla.com

5

   David R. Mugridge (Cal. Bar No. 123389)
6  **LAW OFFICES OF DAVID R. MUGRIDGE**
   2100 Tulare St., Suite 505
7  Fresno, California 93721-2111
   Telephone:  (559) 264-2688
8  Facsimile:  (559) 264-2683

9  Attorneys for Plaintiffs Kawaiisu Tribe of Tejon
   and David Laughing Horse Robinson

10                **UNITED STATES DISTRICT COURT**

11                **EASTERN DISTRICT OF CALIFORNIA**

12

13  KAWAIISU TRIBE OF TEJON, and              Case No.: 1:09-cv-01977 BAM
14  DAVID LAUGHING HORSE ROBINSON,
    Chairman, Kawaiisu Tribe of Tejon,        **ORDER GRANTING PLAINTIFFS'
15                                            EX PARTE APPLICATION FOR
           Plaintiffs,                        EXTENSION OF TIME TO FILE
16                                            THIRD AMENDED COMPLAINT**
17         vs.
                                              Hearing:
18  KEN SALAZAR, in his official capacity as  Date:   N/A
    Secretary of the United States Department of  Time:   N/A
19  Interior; TEJON RANCH CORPORATION, a    Court:  8
    Delaware corporation; TEJON MOUNTAIN      Before: Hon. Barbara A. McAuliffe
20  VILLAGE, LLC, a Delaware company;
    COUNTY OF KERN, CALIFORNIA;  and
21  DOES 1 through 100, inclusive,

22         Defendants,

23  TEJON RANCH CORPORATION, a Delaware
    corporation; TEJON MOUNTAIN VILLAGE,
24  LLC, a Delaware company,

25         Real Parties in Interest.

26

27

28

1  The Court, having reviewed Plaintiffs' Ex Parte Application for Extension of Time to File Third Amended Complaint [Docket No. 207], having considered all oppositions filed thereto, and for good cause shown, rules as follows:

The Application is **GRANTED**.

Plaintiffs shall filed their Third Amended Complaint no later than March 19, 2012. .

IT IS SO ORDERED.

Dated:   February 9, 2012              /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

Order on Plaintiffs' Ex Parte Application for
Extension of Time to File Third Amended Complaint            2