Evan W. Granowitz (Cal. Bar No. 234031)
**WOLF GROUP L.A.**
11400 W Olympic Blvd., Suite 200
Los Angeles, California 90064
Telephone:  (310) 460-3528
Facsimile:  (310) 457-9087
Email: egranowitz@wolfgroupla.com

David R. Mugridge (Cal. Bar No. 123389)
**LAW OFFICES OF DAVID R. MUGRIDGE**
2100 Tulare St., Suite 505
Fresno, California 93721-2111
Telephone:  (559) 264-2688
Facsimile:  (559) 264-2683

Attorneys for Plaintiffs Kawaiisu Tribe of Tejon
and David Laughing Horse Robinson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON, and DAVID LAUGHING HORSE ROBINSON, Chairman, Kawaiisu Tribe of Tejon,<br><br>Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior; TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware company; COUNTY OF KERN, CALIFORNIA;  and DOES 1 through 100, inclusive,<br><br>Defendants,<br><br>TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware company,<br><br>Real Parties in Interest. | Case No.: 1:09-cv-01977 BAM<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT**<br><br><u>Hearing:</u><br>Date:   N/A<br>Time:   N/A<br>Court:   8<br>Before: Hon. Barbara A. McAuliffe |

The Court, having reviewed Plaintiffs' Ex Parte Application for Extension of Time to File Third Amended Complaint [Docket No. 207], having considered all oppositions filed thereto, and for good cause shown, rules as follows:

The Application is **GRANTED**.

Plaintiffs shall filed their Third Amended Complaint no later than March 19, 2012. .

IT IS SO ORDERED.

Dated:   February 9, 2012              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

Order on Plaintiffs' Ex Parte Application for
Extension of Time to File Third Amended Complaint           2