IGNACIA S. MORENO
Assistant Attorney General

BARBARA M.R. MARVIN
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0240
Fax: (202) 305-0267

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON, by its Chairman, DAVID LAUGHING HORSE ROBINSON, as Representative of the Class of Kawaiisu Tribe of Tejon Persons and DAVID LAUGHING HORSE ROBINSON, <br><br>Plaintiffs, <br><br>v. <br><br>KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior; TEJON RANCH TEJON MOUNTAIN VILLAGE, LLC, a Delaware company; COUNTY OF KERN, CALIFORNIA; and DOES 2 through 100, inclusive, <br><br>Defendants. | Case No. 1:09 CV 01977 OWW SMS <br><br> STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT |

Having considered the parties' Stipulation Extending Defendants' Time to Respond to Plaintiffs' Third Amended Complaint, and finding that good cause exists for the requested extension, it is hereby

**ORDERED** that all Defendants' time to respond to Plaintiffs' Third Amended Complaint is extended to April 30, 2012.

IT IS SO ORDERED.

Dated:   **March 28, 2012**          /s/ **Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE