**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON, and DAVID LAUGHING HORSE ROBINSON, an individual and Chairman, Kawaiisu Tribe of Tejon,<br><br>Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, in his official capacity as Secretary of the United States Department of the Interior; TEJON RANCH CORPORATION, a Delaware corporation; TEJON MOUNTAIN VILLAGE, LLC, a Delaware company; COUNTY OF KERN, CALIFORNIA; TEJON RANCHCORP, a California corporation, and DOES 2 through 100, inclusive,<br><br>Defendants. | Case No.: 1:09-cv-01977 BAM<br><br>**ORDER MODIFYING BRIEFING SCHEDULE; CONTINUING HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS** |

The Court, having reviewed Plaintiffs' Ex Parte Application for Extension of Time to File Plaintiffs' Oppositions and Related Papers to Defendants' Motions to Dismiss the Third Amended Complaint ("Application"), and for good cause shown, and in the interest of judicial economy, ORDERS as follows:

1

**ORDER MODIFYING BRIEFING SCHEDULE; CONTINUING HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**

1. The hearing on Defendants' Motions to dismiss (Doc. 219, 221, 223) is CONTINUED to July 20, 2012, at 9:00 a.m., in Courtroom 8 before the Honorable Barbara A. McAuliffe;

2. Plaintiffs shall file their Oppositions to Defendants' Motions to Dismiss no later than June 8, 2012;

3. Defendants' Replies to Plaintiffs' Oppositions shall be filed no later than June 22, 2012.

IT IS SO ORDERED.

Dated:   **May 15, 2012**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2
**ORDER MODIFYING BRIEFING SCHEDULE; CONTINUING HEARING DATE ON DEFENDANTS'
MOTIONS TO DISMISS**